UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN RE: | ) | Case Nos.: |
|---|---|---|
| | ) | CR118-008, D. Pate |
| LEAVE OF ABSENCE REQUEST | ) | CR118-021, J. Dominguez, et. al. |
| PATRICIA G. RHODES | ) | CR118-029, G. Okolie, et. al. |
| July 22, 2019 through July 26, 2019. | ) | CR118-048, A. Tyler |
| | ) | CR118-052 M. Battle, et. al. |
| | ) | CR119-018 Z. Gordon, et. al. |
| | ) | CR119-020 L. Lockhart |
| | ) | CR119-029 O. Echols, et. al. |
| | ) | CR119-030 S. Fennell |
| | ) | CR119-032 J. Hambrick, et. al. |
| | ) | CR119-033 T. Moore |
| | ) | CR119-047 W. Forrester, et. al. |
| | ) | CR113-010, A. Willingham |
| | ) | CR113-010, D. McNair |
| | ) | CR117-027, J. Hamm |
| | ) | |
| | ) | CV118-027, A. Willingham |
| | ) | CV118-068, D. McNair |
| | ) | CV118-192, J. Hamm |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of July 22, 2019 through July 26, 2019 for vacation out of state; same is hereby GRANTED.

This 15th day of May, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA