IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-029 |
| | ) | |
| OLIVIA TOY ECHOLS | ) | |
| DOMINGO FABIAN GARCIA-AGUILAR | ) | |
| VALENTIN IVAN PAUL KUNAKOWSKY | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 47.) Therefore, a motions hearing is not necessary, and all pending motions are **MOOT**. (Doc. nos. 28, 30-37.)

SO ORDERED this 5th day of June, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA